# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2020

160963(17)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

v

SC: 160963
COA: 350914
Wayne CC: 10-000313-FC

GEORGE HUDGENS,
       Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's July 28, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2020



Clerk

b1019